# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1589
_____

Annie R. Irving

*Plaintiff - Appellant*

v.

Dierbergs Markets, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: September 21, 2023
Filed: October 6, 2023
[Unpublished]

_____

Before BENTON, KELLY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Annie Irving appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action. After careful review of the record and the

_____

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.

parties' arguments on appeal, we conclude that the grant of summary judgment was proper.  <u>See</u> <u>Said v. Mayo Clinic</u>, 44 F.4th 1142, 1147 (8th Cir. 2022) (grant of summary judgment is reviewed de novo).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  Appellee's motion to strike is denied as moot.

_____